```
                UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF KENTUCKY
                       COVINGTON DIVISION


IN RE:                                      CASE: 06-20473
CHRISTOPHER FLORA
KRISTEN FLORA

DEBTORS                                     CHAPTER 13
                                            JUDGE WISE
```

### RESPONSE TO MOTION FOR RELIEF

Comes now the attorney for the above named debtor, Hon. Michael E. Plummer, and for his Response to the Creditor BANK OF MAYSVILLE, NA For Relief From the Automatic Stay, states as follows:

1.) The Debtor filed a Chapter 13 Plan to repay the mortgage arrearage thru plan. The Debtor fell behind and movant refused mortgage payments. Respondent states they had expected expenses arrive, therefore the debtor fell behind on their mortgage payments. The Debtor will resume payments December, 2010 if Movant will allow the debtor to pay balance of the arrearage amount over a period of 6 months.  Wherefore, Respondent debtor would pray this court. Respectfully, overrule this Motion for Relief from Stay.

1.

1

Respectfully,

/s/ Michael Plummer
Michael E. Plummer, Esq.
Attorney for Debtors
11 West 6th Street
Covington, Kentucky  41011
(859)   581-5516
(859)   581-5536 FACSIMILE
Plummer50@fuse.net

## NOTICE OF HEARING

Please be advised that this matter will come on for hearing before the United States Bankruptcy Court, Eastern District of Kentucky, 35 West 5th Street, 3rd Floor, Covington, Kentucky at 10:00 AM on the 14th day of December, 2010

## CERTIFICATE OF SERVICE

Please be advised that I have mailed a true and correct copy of the foregoing Response, via U.S. Mail, First Class, postage pre-paid on this 17th day of November, 2010 to the following interested persons:


Christopher & Kristen Flora
3468 Tuckhoe Rd
Maysville, KY  41056


Fessler, Schneider & Grimmie
Attorney For Movant
14 North Grand Ave
Ft. Thomas, KY  41075

Hon. Beverly Burden
Chapter 13 Trustee
100 East Vine Street Suite 500
PO Box 2204
Lexington, KY  40595

/s/ Michael Plummer
Michael E. Plummer              2.